UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15-74249-PMB |
| JASON EDWARD SMITH, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

### MOTION TO RECONSIDER ORDER OF DISMISSAL

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion To Reconsider Order Of Dismissal" ("Motion") pursuant to Fed. R. Civ. P. 60, Fed.R. Bankr. P. 8002, and Fed. R. Bankr P. 9023-1 and 9024, showing to this Court the following: showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code May 28, 2008 and is eligible for relief under 11 U.S.C. §109.

5.

The Trustee filed a Supplemental Report Requesting Dismissal on June 17, 2016 following a

status period from the June 2, 2016 Confirmation Hearing. Debtor had a delinquency in plan payments (the case was 80% funded). Debtor has the funds available to now be fully funded.

6.

The interests of justice and the facilitation of the Debtor's debt reorganization would best be served by the continuation of the present Chapter 13 proceeding. Pursuant to FRCP 62 and BR 8002, the Order of Dismissal is not final until 14 days later. Pursuant to BLR 9023-1, this motion for reconsideration is being filed within 14 days of the Order of Dismiss.

7.

The Debtor respectfully requests the Court to reconsider the Order dismissing the case so that the case can continue and eventually discharge.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

___/s/_____
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
Carrie@mattberry.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
) CASE NO. 15-74249-PMB
JASON EDWARD SMITH, )
) CHAPTER 13
Debtor. )

NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that the above referenced Debtor has filed a Motion for Reconsideration Order of Dismissal ("Motion") and related papers with the Court seeking an order on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1202, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia, on **July 28, 2016** at **10:00 a.m.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 23, 2016.        __/s/_____
Carrie Oxendine, Bar No. 141478
Berry & Associates
2751 Buford Highway
Suite 600
Atlanta, GA 30324
(404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street NW
Suite 200
Atlanta, GA  30303

Jason Edward Smith
4954 Millers Trace
Duluth, GA  30096

(Plus to All Creditors on the Attached Creditor Mailing Matrix)

This the 24 day of June, 2016.


\_\_\_\_/s/_____
Carrie Oxendine
Attorney for the Debtor


BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-74249-pmb<br>Northern District of Georgia<br>Atlanta<br>Thu Jun 23 11:53:30 EDT 2016 | Bk Of Amer<br>De5-019-03-07<br>Newark, DE 19714 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Credit Union Loan Sour<br>1669 Phoenix Parkway, Ste 110<br>College Park, GA 30349-5462 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Fia Cs<br>4060 Ogletown/stanton Rd<br>Newark, DE 19713 |
| Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 | Gwinnett Child Support<br>1000 Hurricane Shoals Rd NE<br>Lawrenceville, GA 30043-4826 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Leslie Smith<br>3875 Redcoat Way<br>Johns Creek, GA 30022-6338 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 |
| Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Regional Acceptance<br>2300 Pleasant Hill Rd.<br>Duluth, GA 30096-1703 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | Usaa Federal Savings B<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |
| Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | Jason Edward Smith<br>4954 Millers Trace<br>Duluth, GA 30096-2935 |
| Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | Teresa R. Stephens<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |